UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANIELLE PINKNEY** : | |
| : | Civil Action No. 00-1049 (WHW) |
| : | |
| **Plaintiff(s),** : | ORDER |
| v. : | |
| : | |
| **CITY OF JERSEY CITY, ET AL.** : | |
| : | |
| : | |
| **Defendant(s).** : | |
| : | |

    **THIS MATTER** having come before the Court by way of letter from Plaintiffs, dated January 4, 2010, requesting an adjournment of the initial scheduling conference in this matter; and for good cause shown;

    **IT IS** on this 8th day of January, 2010

    **ORDERED** that, per plaintiffs' request, the in-person initial scheduling conference set for January 12, 2010 is hereby adjourned to **March 25, 2010 at 12:00 p.m.**

                                            *s/ Claire C. Cecchi*
                                            **HON. CLAIRE C. CECCHI**
                                            **United States Magistrate Judge**